# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Amy Lester
Direct Dial: (646) 930-1066
Cell: (917) 273-9480
alester@pkbllp.com

November 9, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/09/2020

**MEMO ENDORSED**

**BY EMAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Fabio Simon Younes Arboleda*, 18 Cr. 262 (VEC)

Dear Judge Caproni:

    As the Court is aware, I was recently appointed as CJA counsel for defendant Fabio Simon Younes Arboleda in the above-referenced case. Regretfully, I am writing to inform you that I have resigned from the CJA Panel for the Southern District of New York because I am leaving my current law firm and relocating out of state at the end of November. Accordingly, I respectfully request that the Court assign replacement counsel to represent Mr. Younes Arboleda for all future purposes, including at the scheduled arraignment and pretrial conference on November 17, 2020.

Respectfully submitted,

*Amy Lester*

Amy Lester

cc:   Jason Richman
      Matthew Laroche
      Kyle Wirshba
      Assistant United States Attorneys

---

Application GRANTED.

The Court hereby appoints Mr. Donald Yannella as CJA counsel for Mr. Arboleda. The Court reminds the parties that the arraignment is scheduled for **Tuesday, November 17, 2020, at 12:30 P.M.**

SO ORDERED.

*Valerie Caproni*

Date: November 9, 2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE