USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
            -v-                                                         :    18-CR-262 (VEC)
                                                                        :
FABIO SIMON YOUNES ARBOLEDA,                                            :    ORDER
                                                                        :
                        Defendants.                                     :
                                                                        :
------------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 17, 2020, the parties appeared for an arraignment and initial pretrial conference;

      WHEREAS on November 17, 2020, Defendant pled not guilty to the charges in the Indictment; and

      WHEREAS on November 17, 2020, Defendant moved for pretrial release;

      IT IS HEREBY ORDERED that the Government should make every effort to furnish discovery to the Defense by **December 1, 2020**.

      IT IS FURTHER ORDERED that for the reasons stated at the conference, because the Defendant did not overcome the presumption that no condition or set of conditions will reasonable assure his appearance at trial, Defendant's motion for pretrial release is DENIED WITHOUT PREJUDICE. Defense counsel is welcome to make another bail application if additional information comes to light that may alleviate the Court's concerns.

      IT IS FURTHER ORDERED that a status conference for Defendants Fabio Simon Younes Abroleda and Armando Gomez is scheduled for **Friday, December 4, 2020, at 2:00 P.M.** *See* Dkt. 49. Defense counsel must inform the Court by no later than **Tuesday, November 24, 2020**, whether Defendant Younes wishes to waive his appearance and appear solely via

counsel at this status conference. If Mr. Younes does not waive his appearance, he will be expected to appear in person at the conference.

IT IS FURTHER ORDERED that Defense counsel is to work directly with the staff at Westchester County Jail about practical methods to communicate with his client with the assistance of an interpreter and in a confidential manner that maintains attorney-client privilege. If Defense counsel is unable to address these issues with the institution directly, he is welcome to bring his concerns and any proposed remedies to the Court.

IT IS FURTHER ORDERED that time under the Speedy Trial Act has not begun to run as a Co-Defendant in this case, Seuxis Paucis Hernandez-Solarte, remains at large. *See* 18 U.S.C. § 3161(h)(6).

SO ORDERED.

Dated: **November 18, 2020**
      **New York, New York**

_____
**Valerie Caproni**
**United States District Judge**