

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 7, 2021

<u>Via ECF</u>
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

        Re:   <u>United States</u> v. <u>Armando Gomez</u>, 18 Cr. 262 (VEC)

Dear Judge Caproni:

      The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of May 11, 2021.

                                          Respectfully submitted,

                                          AUDREY STRAUSS
                                          United States Attorney

                        by:  _____
                                          Matthew Laroche
                                          Assistant United States Attorney
                                          (212) 637-2420

cc: Defense Counsel (by ECF)