Law Offices of
# Donald J. Yannella
A Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100** | **233 Broadway, Suite 2370** |
| **River Edge, NJ  07661** | **New York, NY  10279** |
| | (Preferred mailing address) |

January 24, 2022

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007

      Re:    United States v. Fabio Younes Arboleda and Armando Gomez
              18 Cr 262 (VEC)

Hon. Valerie Caproni:

      I am appointed under the Criminal Justice Act (CJA) as counsel for Fabio Simon Younes Arboleda.

      In accordance with Your Honor's Order (Dkt No. 98), I hereby advise the Court that I join in the letter motion of Margaret M. Shalley, dated January 21, 2022, (Dkt. No. 97), regarding requesting a disabled laptop be provided to defendants for review of discovery, and I agree with the proposed remedy.

                                      Sincerely,

                                      /s/

                                      Donald J. Yannella, Esq.