

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 24, 2022

<u>Via ECF</u>
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007

        Re:    <u>United States</u> v. <u>Gomez and Younes Arboleda</u>, 18 Cr. 262 (VEC)

Dear Judge Caproni:

      The Government writes in response to the Court's January 21, 2022 Order. (Dkt. 98). After consulting with the Assistant Warden at the facility at which the defendants are currently housed, neither the facility nor the Government has an objection to the defendants having access to an air-gapped laptop at the facility to review discovery. In addition to the conditions contained in the proposed order, the Government will confirm with defense counsel that the defendants understand and will abide by the terms of the Protective Order in this matter. (Dkts. 36, 60).

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                    United States Attorney

               By:    <u>/s/ Jason A. Richman</u>
                      Jason A. Richman
                      Benjamin Woodside Schrier
                      Kyle Wirshba
                      Assistant United States Attorneys
                      (212) 637-1062 / 2589 / 2493

cc:     Defense counsel (by ECF)