USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                          :

UNITED STATES OF AMERICA                  :

             -v-                           :          18-CR-262 (VEC)

ARMANDO GOMEZ, FABIO SIMON YOUNES   :            ORDER
ARBOLEDA,

                  Defendants.
------------------------------------------------------------------------X

**Valerie Caproni, United States District Judge:**

         WHEREAS on January 14, 2022, Mr. Younes filed pre-trial motions, Dkt. 94;

         WHEREAS on January 15, 2022, Mr. Gomez joined in portions of the motions, Dkt. 96;

         WHEREAS on February 11, 2022, the Government responded in opposition to the motions, Dkt. 104; and

         WHEREAS a status conference in this matter is scheduled for Monday, March 14, 2022 at 11:00 A.M., Dkt. 106.

         IT IS HEREBY ORDERED that the parties must come prepared to discuss the pre-trial motions at the status conference.

**SO ORDERED.**

**Date: March 8, 2022**                                              **VALERIE CAPRONI**
       **New York, NY**                                          **United States District Judge**