**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/08/2022

Law Offices of
# Donald J. Yannella
A Professional Corporation
Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| 70 Grand Avenue, Suite 100 | 233 Broadway, Suite 2370 |
| River Edge, NJ 07661 | New York, NY 10279 |
| | (Preferred mailing address) |

March 8, 2022

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Fabio Younes Arboleda and Armando Gomez
18 Cr 262 (VEC)

Hon. Valerie Caproni:

I am counsel for Fabio Simon Younes Arboleda, who is scheduled to appear at a status conference on March 14, 2022.

I respectfully request that two of my client's daughters, Paola Younes and Kathryn Younes, be permitted to visit with my client at the courthouse, either before or after the court appearance on March 14, 2022. Social visits are suspended at the Westchester County Jail, and even when they could visit, it was a "window visit" that made communication difficult. Paola Younes and Kathryn Younes are travelling from Florida to attend this court appearance.

AUSA Jason Richman informs me that the Government takes no position on this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

The Court does not object in principle to Mr. Younes' request. If Defense counsel can secure the permission of the U.S. Marshals Service and arrange with them the logistics of the visit, then the Court would approve the visit. The decision is entirely up to the U.S. Marshals Service.

SO ORDERED.

*/s/ Valerie Caproni*

Date: March 8, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE