Law Offices of
# Donald J. Yannella

A Professional Corporation
**Email: nynjcrimlawyer@gmail.com**
**Tel: (212) 226-2883**
**Fax: (646) 430-8379**

**70 Grand Avenue, Suite 100**
**River Edge, NJ  07661**

**233 Broadway, Suite 2370**
**New York, NY  10279**
(Preferred mailing address)

April 22, 2022

Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY  10007

Re:     United States v. Younes Arboleda, 18 Cr 262 (VEC)

Dear Judge Caproni:

I am defense counsel for Mr. Younes Arboleda, and I respectfully request a one-week adjournment of the *in limine* motion schedule.  Such an adjournment would give defense counsel one more week to negotiate a disposition, prior to the prosecutors preparing their motions.

Motions *in limine* are currently due on May 6, 2022, and responses are due on May 20, 2022.  We request those dates be changed to May 13 and May 27, 2022, respectively.  This would not affect the trial date of July 18, 2022.

Assistant United States Attorney Kyle Wirshba informs me that he consents to this application.  Margaret Shalley, counsel for Armando Gomez, also consents.

Sincerely,

/s/

Donald J. Yannella, Esq.