**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/22/2022

Law Offices of
# Donald J. Yannella
A Professional Corporation

Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

| | |
|---|---|
| **70 Grand Avenue, Suite 100**<br>**River Edge, NJ  07661** | **233 Broadway, Suite 2370**<br>**New York, NY  10279**<br>(Preferred mailing address) |

April 22, 2022

Hon. Valerie E. Caproni
United States District Judge
40 Foley Square
New York, NY  10007

    Re:    United States v. Younes Arboleda, 18 Cr 262 (VEC)

Dear Judge Caproni:

    I am defense counsel for Mr. Younes Arboleda, and I respectfully request a one-week adjournment of the *in limine* motion schedule.  Such an adjournment would give defense counsel one more week to negotiate a disposition, prior to the prosecutors preparing their motions.

    Motions *in limine* are currently due on May 6, 2022, and responses are due on May 20, 2022.  We request those dates be changed to May 13 and May 27, 2022, respectively.  This would not affect the trial date of July 18, 2022.

    Assistant United States Attorney Kyle Wirshba informs me that he consents to this application.  Margaret Shalley, counsel for Armando Gomez, also consents.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

Application GRANTED.

Any motions *in limine* are due no later than **Friday, May 13, 2022** and any responses are due no later than **Friday, May 27, 2022**.

The Clerk of Court is respectfully directed to close the open motions at docket entries 66 and 113.

SO ORDERED.

*[signature: Valerie Caproni]*       Date: April 22, 2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE