USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
                                                                         :
UNITED STATES OF AMERICA                                                 :
                                                                         :
              -v-                                                        :    18-CR-262 (VEC)
                                                                         :
FABIO SIMON YOUNES ARBOLEDA,                                             :    ORDER
                                                                         :
                            Defendants.                                  :
                                                                         :
-------------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

  WHEREAS on April 26, 2022, the parties requested that the Court schedule a change-of-plea hearing.

  IT IS HEREBY ORDERED that a change-of-plea hearing will be held on **Tuesday, May 3, 2022 at 10:00 A.M.**  The change-of-plea proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

  IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

**Date:  April 26, 2022**  
**New York, NY**

                _____
                **VALERIE CAPRONI**
                **United States District Judge**