USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/03/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
           :
UNITED STATES OF AMERICA            :
           :
          -v-            :          18-CR-262 (VEC)
           :
FABIO SIMON YOUNES ARBOLEDA,            :          ORDER
           :
         Defendants.            :
           :
------------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

       WHEREAS on May 3, 2022, the parties appeared for a change-of-plea hearing; and

       WHEREAS Mr. Younes entered a plea of guilty, which was accepted by the Court;

       IT IS HEREBY ORDERED that Mr. Younes' sentencing is scheduled for **Thursday, September 1, 2022 at 10:30 A.M.** The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

       IT IS FURTHER ORDERED that pre-sentencing submissions are due no later than **Thursday, August 18, 2022.**

**SO ORDERED.**

**Date: May 3, 2022**             _____
**New York, NY**            **VALERIE CAPRONI**
           **United States District Judge**