USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/2022

Law Offices of
# Donald J. Yannella
A Professional Corporation

Email: nynjcrimlawyer@gmail.com
Tel: (212) 226-2883
Fax: (646) 430-8379

**MEMO ENDORSED**

| | |
|---|---|
| 70 Grand Avenue, Suite 100<br>River Edge, NJ 07661 | 233 Broadway, Suite 2370<br>New York, NY 10279<br>(Preferred mailing address) |

December 13, 2022

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    United States v. Fabio Younes Arboleda and Armando Gomez
               18 Cr 262 (VEC)

Hon. Valerie Caproni:

     I am counsel for Fabio Simon Younes Arboleda. I filed a sentencing memorandum (ECF No. 155) on his behalf on December 1, 2022. Pursuant to Rule 3 of Your Honor's local rules, I respectfully request permission to have the medical record portion of that sentence memorandum remain filed under seal. The six-page medical record is Exhibit C, but it was redacted from the public filing. Two block quotes from those medical records, on pages 11 and 12 of the sentence memorandum, were also redacted. I submitted a copy of the unredacted portions to Your Honor with yellow highlights.

     AUSA Kaylan Lasky informs me that she has no objection to this application.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

Application GRANTED.

SO ORDERED.

*[signature]*
12/14/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE