```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/2023
```

Law Offices of
# Donald J. Yannella
A Professional Corporation

Email: **nynjcrimlawyer@gmail.com**
Tel: (212) 226-2883
Fax: (646) 430-8379

**MEMO ENDORSED**

70 Grand Avenue, Suite 100
River Edge, NJ 07661

299 Broadway, Suite 800
New York, NY 10007
(Preferred mailing address)

January 19, 2023

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: United States v. Fabio Younes Arboleda and Armando Gomez
    18 Cr 262 (VEC)

Hon. Valerie Caproni:

I am counsel for Fabio Simon Younes Arboleda, who is scheduled to be sentenced on January 27, 2023.

I respectfully request that a change of counsel hearing be scheduled due to a breakdown in communication between me and Mr. Younes.

Sincerely,

/s/

Donald J. Yannella, Esq.

---

The Court will hold a status conference on **Thursday, January 26, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*[signature]* 1/20/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE