```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/27/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-                                        18-CR-262 (VEC)

FABIO SIMON YOUNES ARBOLEDA,         ORDER

                Defendant.
-------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

    WHEREAS the Defendant was unable to appear for the previously-scheduled conference on January 27, 2023.

    IT IS HEREBY ORDERED that the status conference in this matter is rescheduled for **Tuesday, February 7, 2023 at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Date:  January 27, 2023**
       **New York, NY**

                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**