USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-v- : 18-CR-262 (VEC)
:
FABIO SIMON YOUNES ARBOLEDA, : ORDER
:
Defendant. :
:
------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

WHEREAS the Court has been informed that the Defendant will be unable to attend the status conference scheduled for **February 7, 2023**.

IT IS HEREBY ORDERED that the February 7, 2023, status conference is adjourned *sine die*.

IT IS FURTHER ORDERED that once Mr. Younes is available to attend the status conference, the Government is ordered to inform the Court within one business day.

**SO ORDERED.**

Date: **February 6, 2023**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**