```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

    -v-                                      18-CR-262 (VEC)

FABIO SIMON YOUNES ARBOLEDA,          ORDER

                  Defendant.
------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

    WHEREAS the Court has been informed that Mr. Younes will be available to appear in Court on February 7, 2023.

    IT IS HEREBY ORDERED that the Court will hold a status conference in this matter on **Tuesday, February 7, 2023 at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date: February 6, 2023
     New York, NY

                                                     **VALERIE CAPRONI**
                                                     **United States District Judge**