```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/07/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                           :
                                                   :
        -v-                                        :     18-CR-262 (VEC)
                                                   :
FABIO SIMON YOUNES ARBOLEDA,                       :     ORDER
                                                   :
                        Defendants.                :
                                                   :
-------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

    WHEREAS on February 7, 2023, the parties appeared for a status conference, at which the Defendant requested the appointment of additional counsel for the limited purpose of consulting with Defendant regarding the appropriate next steps in this matter.

    IT IS HEREBY ORDERED that Carlos Santiago is appointed as CJA counsel for the limited purpose of consulting with Defendant regarding next steps.

    IT IS FURTHER ORDERED that a status conference for Defendant Fabio Simon Younes Arboleda, at which both current counsel and Mr. Santiago must appear, is scheduled for **Tuesday, March 7, 2023, at 2:30 P.M.**

**SO ORDERED.**

Dated: February 7, 2023
      New York, New York

                                                      _____
                                                        **Valerie Caproni**
                                                    **United States District Judge**