```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
                    -v-                                            :   18-CR-262 (VEC)
                                                                   :
FABIO SIMON YOUNES ARBOLEDA,                                       :   ORDER
                                                                   :
                    Defendants.                                    :
                                                                   :
-------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

   WHEREAS on April 14, 2023, the parties appeared for a status conference, at which the Defendant requested a change of counsel.

   IT IS HEREBY ORDERED that Mr. Yannella and Mr. Santiago are relieved as counsel, and Daniel McGuinness is appointed as defense counsel in this matter.

   IT IS FURTHER ORDERED that a status conference in this matter is scheduled for **Thursday, May 4, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Dated: April 14, 2023
   New York, New York

                                                    _____
                                                    **Valerie Caproni
                                                    United States District Judge**