```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/17/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
                -v-                                                :     18-CR-262 (VEC)
                                                                   :
FABIO SIMON YOUNES ARBOLEDA,                                       :     ORDER
                                                                   :
                        Defendants.                                :
                                                                   :
-------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

WHEREAS on April 14, 2023, the parties appeared for a status conference, at which the Defendant requested the Court ensure that he received a laptop and papers belonging to him following his transfer to the Metropolitan Detention Center; and

WHEREAS the Bureau of Prisons ("BOP") informed the Court that Mr. Younes has been registered with two different registration numbers (76405-054 and 36568-004), and that his name is registered as "Fabio Yuenes."

IT IS HEREBY ORDERED that the Government is ordered to consult with BOP regarding the errors in Mr. Younes's registration and to submit a status report no later than **April 21, 2023**.

**SO ORDERED.**

Dated: April 17, 2023
       New York, New York                    _____
                                                     Valerie Caproni
                                                **United States District Judge**