USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/25/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                            :
UNITED STATES OF AMERICA                 :
                                            :
           -v-                                       :           18-CR-262 (VEC)
                                            :
FABIO SIMON YOUNES ARBOLEDA,    :           <u>ORDER</u>
                                            :
                Defendant.                  :
                                            :
-------------------------------------------------------------------X

Valerie Caproni, United States District Judge:

        WHEREAS on April 25, 2023, Mr. Younes's daughter informed the Court that two boxes containing Mr. Younes's property, including certain documents, were not sent to Mr. Younes's new facility.

        IT IS HEREBY ORDERED that defense counsel is ordered to contact Mr. Younes's daughter and work with the Government to ensure the delivery of Mr. Younes's property to his new facility.  The Court will separately provide defense counsel the contact information for Mr. Younes's daughter.

**SO ORDERED.**

Dated: April 25, 2023
       New York, New York

                                                  _____
                                                     **Valerie Caproni**
                                                     **United States District Judge**