

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 3, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2023

<u>Via ECF</u>

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square, Courtroom 443
New York, New York 10007
Email: CaproniNYSDChambers@nysd.uscourts.gov

      Re:    *United States v. Fabio Simon Younes Arboleda*, 18 Cr. 262 (VEC)

Dear Judge Caproni:

      The Government writes in response to the Court's April 17, 2023 Order seeking an update on the above-referenced defendant's Bureau of Prisons ("BOP") registration. The Government understands that the defendant's name in BOP systems remains Fabio Younes. According to BOP, in order to change the defendant's name to his preferred "Fabio Simon Younes Arboleda," BOP must receive a court order.

      Therefore, the Government respectfully requests that the Court order the BOP to change the defendant's registration name to Fabio Simon Younes Arboleda.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  <u>s/                              </u>
Kaylan E. Lasky
Kyle W. Wirshba
Jason A. Richman
Assistant United States Attorneys
(212) 637-2493

Application GRANTED.

SO ORDERED.

*[signature]*
05/04/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

cc: defense counsel (by ECF)