USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                  :
UNITED STATES OF AMERICA            :
                  :
        -v-                   :        18-CR-262 (VEC)
                  :
FABIO SIMON YOUNES ARBOLEDA,   :        ORDER
                  :
          Defendant.      :
                  :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on May 4, 2023, the parties appeared before the Undersigned for a status conference in this matter.

       IT IS HEREBY ORDERED that the next status conference in this matter is scheduled for **Thursday, May 18, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Dated: May 4, 2023
      New York, New York

                                              _____
                                              **Valerie Caproni**
                                              **United States District Judge**