USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA :
:
-v- : 18-CR-262 (VEC)
:
FABIO SIMON YOUNES ARBOLEDA, : ORDER
:
Defendant. :
:
-------------------------------------------------------------------- X

Valerie Caproni, United States District Judge:

WHEREAS the parties appeared before the Undersigned for a status conference on May 18, 2023.

IT IS HEREBY ORDERED that Mr. Younes will be sentenced on **Tuesday, June 27, 2023 at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Any supplemental sentencing submissions are due by **June 13, 2023**.

**SO ORDERED.**

Date:  May 18, 2023
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**